
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | No. 14-10265 |
| Plaintiff - Appellee, | D.C. No. 2:12-cr-01009-NVW-1 |
| v. | |
| JORGE FRANCISCO BRAVO-ROSAS, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Linda R. Reade, Chief District Judge, Presiding

Submitted April 6, 2015[**]
Pasadena, California

Before: SILVERMAN and BEA, Circuit Judges and DONATO,[***] District Judge.

Jorge Francisco Bravo-Rosas appeals the length of his sentence for violating

the terms of his supervised release. Bravo does not appeal the district court's

---

[*] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

[***] The Honorable James Donato, District Judge for the U.S. District Court for the Northern District of California, sitting by designation.

finding that he violated the terms of his supervised release. We have jurisdiction under 28 U.S.C. § 1291.

The parties have advised the court that Bravo was released on March 11, 2015. This appeal is therefore moot. *See United States v. Polomba*, 182 F.3d 1121, 1123, n.3 (9th Cir. 1999).

**DISMISSED.**